IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TED A. MCCRACKEN | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 08-2931 |
| | : | |
| ALLSTATE INSURANCE COMPANY et al. | : | |
|     Defendants. | : | |

ORDER

**AND NOW**, this 19th day of November, 2009, upon consideration of Defendants' Motions to Dismiss (doc. nos. 9 and 17) and Plaintiff's responses thereto, it is hereby **ORDERED** that said motions are **GRANTED**.

The Clerk's Office is directed to mark this case closed.

**BY THE COURT:**

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**